**E-FILED**
Wednesday, 08 September, 2004  11:57:43 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  03-2195 |
| | ) | |
| JUDY SMITH and MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF MARSHAL'S SALE**

I hereby certify that on the 8th day of September 2004, I electronically filed the

Notice of Marshals Sale with the Clerk of Court using the CM/ECF system and I hereby

certify that I have mailed by United States Postal Service the document to the following

non CM/ECF participants:


Judy Smith
2436 County Road 1700 N.
St. Joseph, IL 61873

Midland Credit Management, Inc.
211 Landmark Drive, Suite E-5
Normal, IL 61761


/S/David H. Hoff_____
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov