E-FILED
Wednesday, 17 November, 2004  04:32:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  03-2195 |
| ) | |
| JUDY SMITH and MIDLAND CREDIT ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

    I, STEVEN D. DEATHERAGE, the United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on March 22, 2004,  I, the undersigned, on the 14th day of October, 2004, at 10:00 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Champaign County, Urbana, Illinois, the lands and premises described in said Decree and that JASON KNAUF and DAVID THORTON, having bid therefore the sum of SIXTY THOUSAND DOLLARS ($60,000.00) and the said bid being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Champaign, Illinois, and described as follows, to-wit:

    Part of the South ½ of the South ½ of fractional Section 6, Township 19 North, Range 11 East of the Third Principal Meridian, more particularly described as follows:

    Commencing at a point 355.3 feet east of the intersection of the east line of the present right of way of the Chicago and Eastern Illinois Railroad and the South line of Section 6, Township 19 North, Range 11 East of the Third Principal Meridian, running thence east on said section Line 200 feet, thence North 278 feet, thence West 200 feet, and thence South 278 feet to the place of beginning, situated in Champaign County, Illinois,

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2002, 2003, 2004 and thereafter, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

    Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

    WITNESS my hand this 15th day of November 2004.


                              s/Steven D. Deatherage
                              STEVEN D. DEATHERAGE
                              CENTRAL DISTRICT OF ILLINOIS

STATE OF ILLINOIS   )
                          ) SS:
COUNTY OF PEORIA  )

### ACKNOWLEDGMENT

    On this 15th day of November 2004, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

                              JOHN M. WATERS
                              Clerk of the U.S. District Court

                              s/T. Kelch
                              Deputy Clerk


This instrument was prepared by David H. Hoff, Assistant United States Attorney, Suite 226, 201 S. Vine Street, Urbana, IL 61802.

Send Tax Statement to Jason Knauf and David Thorton, 605 S. Poplar Street, Urbana, IL 61802.