UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  03-2195 |
| | ) |
| JUDY SMITH and MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF HEARING

    PLEASE TAKE NOTICE that we will appear on the 3rd day of December 2004, at 9:30 A.M., or as soon thereafter as the matter may be heard, before the Honorable Michael P. McCuskey, in the United States District Court, Court Room A, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on United States Marshal's Report of Sale, a copy of which is attached hereto, and you may be present at said time if you so desire.

    DATED this 17th day November 2004.

    Respectfully submitted,

    JAN PAUL MILLER
    UNITED STATES ATTORNEY

BY:    s/David H. Hoff
    DAVID H. HOFF
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone:  217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of November 2004, I electronically filed the Notice of Hearing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Judy Smith
    2436 County Road 1700 N.
    St. Joseph, IL 61873

    Midland Credit Management, Inc.
    211 Landmark Drive, Suite E-5
    Normal, IL 61761

    Jason Knauf and David Thorton
    605 S. Poplar Street
    Urbana, IL 61802

    s/ David H. Hoff
    DAVID H. HOFF
    United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov