**E-FILED**
Monday, 14 February, 2005   11:16:39 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-2195 |
| ) | |
| JUDY SMITH and MIDLAND CREDIT ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

## RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on November 6, 2003, and recorded in the Recorder's Office in Champaign County, Illinois, on November 18, 2003, as Document No. 2003R51195, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on November 6, 2003, and is now pending.

(i)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is:    JUDY SMITH

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Part of the South ½ of the South ½ of fractional Section 6, Township 19 North, Range 11 East of the Third Principal Meridian, more particularly described as follows:

Commencing at a point 355.3 feet east of the intersection of the east line of the present right of way of the Chicago and Eastern Illinois Railroad and the South line of Section 6, Township 19 North, Range 11 East of the Third

Principal Meridian, running thence east on said section Line 200 feet, thence North 278 feet, thence West 200 feet, and thence South 278 feet to the place of beginning, situated in Champaign County, Illinois.

(v) A common address or description of the location of the real estate is as follows:

2436 County Road 1700 N., St. Joseph, Illinois 61873

(vi) An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of Mortgagor: | JUDY SMITH |
| Name of mortgagee: | United States of America acting through United States Department of Agriculture |
| Date of mortgage: | September 4, 1996 |
| Date of recording: | September 4, 1996 |
| County where recorded: | Champaign County, IL |
| Recording document identification: | as Doc. No. 96R22321 |

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant United States Attorney, 201 S. Vine, Suite 226, Urbana, IL 61802.